UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 14-16-DLB-CJS

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.          <u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

MAURICE STELLS                                                                                    DEFENDANT

IN RE: THIRD-PARTY CLAIM OF
CLAIMANT ASHLEY BLACK

*******************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 46), wherein she recommends that the Court deny the United States' Motion to Dismiss the Claim of Ashley Black (Doc. # 42). The parties having failed to file any Objections to Judge Smith's R&R, and the time to so having expired, this R&R is now ripe for the Court's review.

The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   Judge Smith's Report and Recommendation (Doc. # 46) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)   The United States' Motion to Dismiss the Claim of Ashley Black (Doc. # 42) is hereby **DENIED**.

1

This 8th day of February, 2016.



G:\DATA\ORDERS\Covington Criminal\2014\14-16 Order Adopting R&R re 3P Claim.wpd